```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

DWANE E. ENGLAND and
REBECCA ENGLAND, his wife,

Plaintiffs,


v.                          Civil Action No. 2:17-CV-01369


J.B. HUNT TRANSPORT, INC.,
a wholly owned subsidiary of
J.B. HUNT TRANSPORT SERVICES, INC.,

Defendant.


## MEMORANDUM OPINION AND ORDER

Pending is the plaintiffs' motion, filed November 29, 2017, requesting leave to file under seal Exhibit 1 to their motion for summary judgment, the Dedicated Transport Agreement between PPG Industries, Inc. and J.B. Hunt Transport, Inc.  In support, the plaintiffs state that because the sensitive terms of the agreement are essential to their motion, their redaction would not be practical.  The plaintiffs assert that the producing defendant and the plaintiffs have come to an amicable resolution that the exhibit be filed under seal.

Given the commercially sensitive nature of the transport agreement and the limited value of it to the public, the court finds that sealing is appropriate to the extent set forth below.

Accordingly, the court ORDERS as follows:

1. That the motion to seal be, and it hereby is, granted; and

2. That Exhibit 1 to plaintiffs' motion for summary judgment be filed under seal until further order of the court, which may lift the seal in such part as it quotes from the document or as may be directed at or prior to trial.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record.

DATED: May 30, 2018

John T. Copenhaver, Jr.
United States District Judge